**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: **Taylor v. Fay Servicing LLC**   Case Number: **1:24-cv-03032**

An appearance is hereby filed by the undersigned as attorney for: **Fay Servicing LLC**

Attorney name (type or print): **Simon Fleischmann**

Firm: Locke Lord LLP

Street address: **111 S. Wacker Drive**

City/State/Zip: **Chicago, IL 60606**

Bar ID Number: **6274929**   Telephone Number: **312-443-0462**
(See item 3 in instructions)

Email Address: **sfleischmann@lockelord.com**

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **April 15, 2024**

Attorney signature:   S/ ***Simon Fleischmann***
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023