**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Deandre Taylor v. Fay Servicing, LLC

Case Number: 1:24-cv-03032

An appearance is hereby filed by the undersigned as attorney for:
Deandre Taylor

Attorney name (type or print): Arthur C. Czaja

Firm: Law Office of Arthur C. Czaja

Street address: 7521 N. Milwaukee Ave.

City/State/Zip: Niles/Illinois/60714

Bar ID Number: 6291494
(See item 3 in instructions)

Telephone Number: (224) 388-3908

Email Address: arthur@czajalawoffices.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 16, 2024

Attorney signature: S/ Arthur C. Czaja
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023