# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Deandre Taylor

                  Plaintiff,

v.                                        Case No.: 1:24–cv–03032
                                                       Honorable Jorge L. Alonso

Fay Servicing LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: The parties' Joint motion for entry of an agreed order on Plaintiff's motion to remand [17] is granted. This case is remanded to the Circuit Court of Cook County forthwith. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.